IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEPARTMENT OF REVENUE,

    Appellant,

v.

MARCELA A. CORNELL and
MAXIMILIANO G. ESPEJO,

    Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-712

Opinion filed January 6, 2016.

An appeal from an order of the Department of Revenue.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellant.

No Appearance for Appellees.

PER CURIAM.

The Florida Department of Revenue raises two issues in this appeal of a Final Administrative Support Modification Order determining the child support obligation of Appellee Maximiliano G. Espejo (the father). In the first issue, the Department argues that the administrative law judge (ALJ) erred by concluding that he lacked authority to enter a support order exceeding the amounts set forth in the Department's Proposed Order to Modify Administrative Support Order based

on new information developed at an evidentiary hearing that would increase the father's child support obligation under the statutory child support guidelines. In the second issue, the Department argues that the Final Administrative Support Modification Order is not supported by competent, substantial evidence. Consistent with our opinion in Department of Revenue v. Reyes, No. 1D15-707 (Fla. 1st DCA December 31, 2015), we resolve both issues by concluding that the ALJ was required to establish the father's child support obligation based on the evidence presented at the hearing. By limiting the father's child support obligation to the amounts contained in the proposed order, notwithstanding the evidence presented, the Final Administrative Support Modification Order is contrary to Florida law and not supported by competent, substantial evidence. Accordingly, we vacate the order and remand for further proceedings.

WETHERELL, ROWE, and RAY, JJ., CONCUR.